AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF Massachusetts

*filed in open court 1/31/05*

UNITED STATES OF AMERICA
V.

Edward Y. Han

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER:

I, **Edward Han**, charged in a ☑ complaint ☐ petition pending in this District with _____ in violation of Title **18**, U.S.C., **1029(a)(2) and 1029(a)(3)** and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination ☑ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☑ hearing.

_____
Defendant

1/31/05
Date

_____
Counsel for Defendant