UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   v.<br><br>EDWARD Y. HAN | CRIMINAL NO. 05-mj-01639-CBS-ALL |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the Defendant, Edward Y. Han in the above-captioned matter.

Respectfully Submitted,

EDWARD Y. HAN
By his attorney,

   /s/ Richard M. Egbert
Richard M. Egbert, BBO 151800
Law Offices Of Richard M. Egbert
99 Summer Street, Suite 1800
Boston, MA  02110
(617) 737-8222

## CERTIFICATE OF SERVICE

I certify that I have caused a copy of the foregoing document on United States Assistant Attorney Nadine Pellegrini, by first class mail this 4th day of February 2005.

   /s/ Richard M. Egbert
Richard M. Egbert