UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

v.                                              CRIMINAL NO. 05-mj-01639-CBS-ALL

EDWARD Y. HAN

## MOTION FOR ENTRY OF APPEARANCE
### *PRO HAC VICE*

Now comes the Defendant, Edward Y. Han, by and through his counsel, hereby moves that Patrick Joyce be admitted *pro hac vice* in the above case, in accordance with Local Rule of the United States District Court 83.5.3.(b).  Richard Egbert, who files herewith his appearance, has agreed to serve as local associate counsel, with whom the Court may communicate and serve all papers in connection with this case.

The grounds for this motion is that this is a criminal case, and *pro hac vice* counsel is the Defendant's counsel of choice.

Respectfully Submitted,

EDWARD Y. HAN
By his attorney,


__/s/ Richard M. Egbert_____
Richard M. Egbert, BBO 151800
Law Offices Of Richard M. Egbert
99 Summer Street, Suite 1800
Boston, MA  02110
(617) 737-8222

## CERTIFICATE OF SERVICE

I certify that I have caused a copy of the foregoing document on United States Assistant Attorney Nadine Pellegrini, by first class mail this 4th day of February 2005.


____/s/ Richard M. Egbert_____
Richard M. Egbert