Patrick Joyce, Esq.
20 Northfield Avenue
West Orange, NJ  07052
973-324-2711
Attorney for Defendant, Edward Y. Han

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------x

United States of America

          **APPLICATION OF PATRICK JOYCE
          TO APPEAR AS COUNSEL
          *PRO HAC VICE***

v.

          **Docket No:**

Edward Y. Han,
      Defendant.

-----------------------------------------------------x

Patrick Joyce, Esq. hereby certifies:

1. I reside at 13 Hoskier Road, South Orange, New Jersey and maintain my office at 20 Northfield Avenue, West Orange, New Jersey.

2. I have been admitted to practice before The Supreme Court of New Jersey, August, 1984; United States District Court, District of New Jersey, August, 1984; Supreme Court of the State of New York, Appellate Division First Department, August, 1984; United States District Court, Southern District of New York, January, 1995; United States District Court, Eastern District of New York, January, 1995; United States Court of Appeals, Second Circuit, 1998. I am a member in good standing in all of the courts mentioned above and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3.  I am familiar with the local rules for the United States District Court for the District of Massachusetts.

I request permission of the Court to appear as counsel *pro hac vice* in this matter in association with local counsel, Richard M. Egbert, Esq., 99 Summer Street, Suite 1800, Boston, Massachusetts 02110, who is a member of the bar of this court.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: February 3, 2005

_____
Patrick Joyce
Attorney for Edward Y. Han