UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>EDWARD Y. HAN | CRIMINAL NO. 05-mj-01639-CBS-ALL |

### NOTICE OF APPEARANCE

Please enter my appearance on behalf of the Defendant, Edward Y. Han in the above-captioned matter.

Respectfully Submitted,

EDWARD Y. HAN
By his attorney,

_Patrick Joyce_
Patrick Joyce, Esquire
Admitted *pro hac vice*
20 Northfield Avenue
West Orange, NJ 07052
973-324-2711

### CERTIFICATE OF SERVICE

I certify that I have caused a copy of the foregoing document on United States Assistant Attorney Nadine Pellegrini, by first class mail this 24th day of February 2005.

_Patrick Joyce_
Patrick Joyce