AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

———————— DISTRICT OF ————————

UNITED STATES OF AMERICA

V.

Edward Y. Han a/k/a Joseph Lee a/k/a Peter Kim

**WARRANT FOR ARREST**

CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _Edward Han a/k/a Joseph Lee a/k/a Peter Kim_
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
possession and use of unauthorized access devices

in violation of
Title __18__ United States Code, Section(s) _1029(a)(2) and 1029(a)(3)_

Charles B. Swartwood III          U.S. Magistrate Judge
Name of Issuing Officer            Title of Issuing Officer

[signature]                        1/27/05  Boston, Mass.
Signature of Issuing Officer       Date and Location

Bail fixed at $ _____ by _____
                                  Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| WARRANT EXECUTED BY U.S.S.S. |
| BY ARREST/ARRAIGNMENT OF THE |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.